AO 91 (rev.11/11) Criminal Complaint    AUTHORIZED AND APPROVED DATE: /S Bow Bottomly 5/14/2021  

# United States District Court
for the

_____WESTERN_____ DISTRICT OF _____OKLAHOMA_____

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No: M-21-293-AMG |
| ) | |
| GREG ALLEN HENKE ) | |

## CRIMINAL COMPLAINT

I, David A. Garrison, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about April 1, 2021, and May 13, 2021, in the Western District of Oklahoma, the defendant, Greg Allen Henke, violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2422(b) | Persuading or coercing a minor to engage in sexual activity |
| 18 U.S.C. §§ 2252A(a)(2)(A) | Attempted Receipt of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent David A. Garrison, FBI, which is incorporated and made a part hereof by reference.

☐ Continued on the attached sheet.

*Complainant's signature*
David A. Garrison
Special Agent
FBI

Sworn to before me and signed in my presence.

Date: 5/14/21

*Judge's signature*

City and State: Oklahoma City, Oklahoma       Amanda M. Green, U.S. Magistrate Judge
*Printed name and title*

## WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY, OKLAHOMA

STATE OF OKLAHOMA   )
                    )
COUNTY OF OKLAHOMA  )

### AFFIDAVIT

I, David A. Garrison, Special Agent (SA) of the Federal Bureau of Investigation, having been duly sworn, state as follows:

### EXPERIENCE AND TRAINING

1. I have been employed as a Special Agent (SA) with the FBI since June 2005 and have been assigned to the Oklahoma City Division of the FBI for approximately 8 years. During the past 8 years, I have conducted a wide variety of investigations, including cases involving child exploitation. I further have extensive training and experience in investigating cyber child exploitation cases to include the production, distribution, and transportation of child pornography images and videos via the internet and child sex abuse cases. As part of my duties and responsibilities as an FBI Special Agent, I am authorized to investigate crimes involving the sexual exploitation of children pursuant to Title 18, United States Code, Sections 2422 and 2252A, et seq.

2. The information in this Affidavit is based on an investigation conducted by me and other agents assigned to the Federal Bureau of Investigation (FBI) Oklahoma City Field Office. The information in this

Affidavit is provided for the limited purpose of establishing probable cause for a criminal complaint. As this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. The facts of this Affidavit will show that on or about May 13, 2021 **Greg Allen Henke (HENKE)**, committed the crime of coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b) and attempted receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A).

## FACTS SUPPORTING PROBABLE CAUSE

3. On April 5, 2021, Online Covert Employee 6862 (OCE) was contacted by HENKE through an instant messaging Internet and phone application called Wickr. HENKE identified himself as "Jim Chastain" and used the Wickr username "jimdarling169." HENKE had been referred to OCE by a Confidential Human Informant (CHS) based on HENKE expressed interest in having sex with children.

4. During the course of OCE's initial chat with HENKE, HENKE expressed his sexual interest in children and his pleasure in "touching" and "fondling" them. He said his interest was based on his experiences with incest as a young child. This chat was followed up by a chat on April 7 where HENKE disclosed fantasizing about and exposing himself to a "young neighbor girl."

2

5. During the course of subsequent chats, OCE disclosed his access to three juveniles with whom he was willing share sexual experiences. Specifically, the OCE discussed he got "off" watching other men engage in sexual acts with the referenced juveniles. The OCE further stated he only had interest in chatting with other men who had similar interests and sexual appetites and if HENKE's interest was solely confined to the CHS, then there was no reason to continue this online relationship. HENKE assured the OCE his interests were the same and eventually expressed a desire to meet with and engage sexually with the OCE's "children."

6. Every few days between April 5 and April 19, 2021, OCE and HENKE engaged in chats about HENKE's sexual interest in the OCE's children, and wanting to set up a time to meet with them and the OCE. He also expressed his fear over being caught and sent to jail. From April 20 to April 30, 2021, no chats took place between the OCE and HENKE.

7. On May 1 and 2, 2021, HENKE re-engaged with the OCE on Wickr expressing his hope the OCE was "still interested" in arranging a time and place to meet with the OCE's children and engage in sexual activities.

8. On May 10, 2021, HENKE expressed he was very afraid that the OCE was law enforcement. To prove that he was not law enforcement HENKE asked the OCE to send him child pornography through the Wickr application/or by text. On two occasions, the OCE sent HENKE files that the

OCE said contained child pornography. The files were named "Jenny preteen teen fucked.mov" and "Jenny blow tits child.mov." As they were not really child pornography, HENKE was unable to open either.

9. The nature of the chats between the OCE and HENKE progressed to HENKE choosing Thursday, May 13, 2021 at 11:00 a.m. to meet with the OCE and his children in order for HENKE to engage in sexual activities with the children. The OCE suggested that HENKE bring a gift for the children to help break the ice with them. The OCE sent a picture of a white Kid Connection Walking Unicorn toy that could be purchased at Walmart. Additionally, HENKE and the OCE agreed that the OCE would show HENKE the child pornography he had tried to send him earlier to prove the OCE was not law enforcement.

10. The OCE chose the Oyo Hotel on South I35 Service Road as the location for the sexual encounter and arranged with HENKE to meet there on May 13 at 11:00 a.m.

11. Upon arrival at the hotel, the OCE was contacted by HENKE who expressed concern over meeting at the hotel due to a couple of security guards he observed there when he drove around the parking lot earlier that morning. He suggested they meet at a nearby restaurant or similar location then go to his house.

4

12. The OCE suggested to Henke that they meet at the parking lot of the Crossroads Mall near I240 and I35. Henke eventually agreed. At approximately 10:30 a.m., HENKE arrived in a Ford truck. Upon his arrival, the OCE walked to HENKE's vehicle and asked HENKE if he was "Jim." HENKE responded yes and shortly thereafter was arrested by agents from the Oklahoma City Field Office of the FBI. Incident to his arrest, while conducting a safety search of areas of the truck within HENKE's reach, a bag was observed containing children's toys. One of the toys was the referenced white Walking Unicorn.

## CONCLUSION

13. Based on the above-stated facts, I believe that there is probable cause to charge Greg Allen Henke, with violating 18 U.S.C. § 2252A(a)(2)(A) and 18 U.S.C. § 2422(b), and I request that the Court issue an arrest warrant for his arrest.

**FURTHER, YOUR AFFIANT SAYETH NOT.**

DAVID A. GARRISON
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 14th day of May, 2021.

AMANDA MAXFIELD GREEN
United States Magistrate Judge

5