# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: _____

Charging Document: **Complaint**   No. of Defendants: 1   Total No. of Counts: 2   Sealed: Y ☐  N ☑

Forfeiture: Y ☐  N ☑   OCDETF: Y ☐  N ☑   McGirt: Y ☐  N ☑   Warrant ☑  Summons ☐  Notice ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: _____

| | |
|---|---|
| Name: **Greg Allen Henke** | |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: x/xx/1980; 40    SSN: xxx-xx-5305 | Race: White    Interpreter: Y ☐  N ☑ |
| Sex: M ☑  F ☐    Juvenile: Y ☐  N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**      **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody    ☑ Detention Requested    Complaint: Y ☐  N ☑

☐ Type of Bond: _____    Magistrate Judge Case No.: MJ-

☑ In Custody at: Grady Country    Previously Detained: Y ☐  N ☑

Inmate/Prisoner/Register No.: _____

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: _____   AUSA: Bow Bottomly
☐ CJA Panel         Address: _____   Agent/Agency: FBI
☐ Retained          Phone: _____    Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2422(b) | Persuading or coercing a minor to engage in sexual activity | NLT 10 yrs. up to life; NMT $250,000 fine, or both; NLT 5 years supervised release up to life; $5,100 special assessment. |
| 2 | 18 U.S.C. § 2252A(a)(2)(A) | Attempted receipt of child pornography | NLT 5 yrs. up to 20 yrs; NMT $250,000 fine, or both; NLT 5 years supervised release up to life; $100 special assessment, and $35,000 child pornography special assessment |

**Signature of AUSA:** s/Bow Bottomly    **Date:** 05/14/2001