IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR-21-137-HE |
| ) | |
| GREG ALLEN HENKE, ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF JURY TRIAL

I, the undersigned defendant, having been fully advised of the charges against me and of my rights in connection with the charges, do hereby waive those rights, including my right to a trial by jury, and agree to enter a plea of guilty to the court as provided by Rule 11 of the Fed. R. Crim. P.

Date: __11-15-2021__

_____
GREG ALLEN HENKE,
DEFENDANT

_____
WILLIAM P. EARLEY,
COUNSEL FOR DEFENDANT

_____
BOW BOTTOMLY,
COUNSEL FOR GOVERNMENT

Before _____
JOE HEATON,
UNITED STATES DISTRICT JUDGE