# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | NO. CR-21-00137-001-HE |
| GREG ALLEN HENKE, ) | |
| Defendant. ) | |

## ORDER

Defendant's unopposed motion for leave to file document under seal [Doc. #71] is **GRANTED**. Defendant may file his sentencing memorandum under seal.

**IT IS SO ORDERED**.

Dated this 7th day of December, 2022.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE