IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR-21-137-HE |
| | ) | |
| GREG ALLEN HENKE, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATEMENT FOR SENTENCING HEARING

This joint statement regarding sentencing set for December 21, 2022.

**Counsel have discussed the issue of restitution and special assessments for sentencing. As a result of the conference, the undersigned counsel reports the following:**

1.      According to 18 U.S.C. § 2259, the United States is seeking an order of restitution for the following victims, known by the pseudonym "Henley," "Jessy," "Mya," "Ava," "Pia," "John Doe 1 (John Does 1-5)," "John Doe 2 (John Does 1-5)," "John Doe 3 (John Does 1-5)," "John Doe 4 (John Does 1-5)," "John Doe 5 (John Does 1-5)," "April," "Erin," "Fiona," "Jane," "Jenny," "Violet," "Maria," "Sierra (Jan_Socks Series)," "Savannah (Jan_Socks Series)," "Skylar (Jan_Socks Series)," "Sally (Jan_Socks Series)," "Sarah," "Cara," and "Vicky" the amount of $3,000 per victim. Each of these victims submitted written restitution requests. Additionally, the United States is seeking an order of restitution, which it will request at sentencing for "Jane Doe 1," "Jane Doe 2," and "K.H." in the amount of $5,000 per victim.[1]

2.      Defendant agrees that the requests of restitution are reasonable.

3.      "Henley," "Jessy," "Mya," "Ava," "Pia," "John Doe 1 (John Does 1-5)," "John Doe 2 (John Does 1-5)," "John Doe 3 (John Does 1-5)," "John Doe 4 (John Does 1-5)," "John Doe 5 (John Does 1-5)," "April," "Erin," "Fiona," "Jane," "Jenny," "Violet," "Maria," "Sierra (Jan_Socks Series)," "Savannah (Jan_Socks Series)," "Skylar (Jan_Socks Series)," "Sally (Jan_Socks Series)," "Sarah," "Cara," and "Vicky" are identified as victims of Greg Allen Henke's criminal conduct. Additionally, "Jane Doe 1," "Jane Doe 2," and "K.H."

---

[1] "John Doe 1" refers to the victim from Count 4, "John Doe 2" the victim from Count 5, and K.H. the victim referred to in Paragraphs 55-58 and 179 of the PSR.

mentioned in paragraph 179 of the PSR are identified as victims of Greg Allen Henke's criminal conduct.

4. Under 18 U.S.C. § 2259, Mr. Henke should be ordered to pay the amount of $3,000 to each of "Henley," "Jessy," "Mya," "Ava," "Pia," "John Doe 1 (John Does 1-5)," "John Doe 2 (John Does 1-5)," "John Doe 3 (John Does 1-5)," "John Doe 4 (John Does 1-5)," "John Doe 5 (John Does 1-5)," "April," "Erin," "Fiona," "Jane," "Jenny," "Violet," "Maria," "Sierra (Jan_Socks Series)," "Savannah (Jan_Socks Series)," "Skylar (Jan_Socks Series)," "Sally (Jan_Socks Series)," "Sarah," "Cara," and "Vicky" and the amount of $5,000 to each of "Jane Doe 1," "Jane Doe 2," and "K.H."

5. The parties have not agreed on special assessments, so each party will make their own request and argument at the sentencing hearing.

At the conclusion of this conference, counsel conferred concerning the contents of this joint statement, and agree on this written statement.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/*Bow Bottomly*
Assistant U.S. Attorney
Bar No. 20629
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8744 (Office)
(405) 553-8888 (Fax)
bow.bottomly@usdoj.gov

s/*J. P. Hill*
Counsel for Defendant
Bar Number: 31085
215 Dean A. McGee, Suite 109
Oklahoma City, OK 73102
405-609-5941(office)
Jp_hill@fd.org